**LATHROP GAGE LLP**
Brian W. Fields (*Admitted Pro Hac Vice*)
  bfields@lathropgage.com
J. Bradley Leitch (*Admitted Pro Hac Vice*)
  bleitch@lathropgage.com
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Telephone:  (816) 292-2000
Facsimile:  (816) 292-2001

Caroline A. H. Sayers (State Bar No. 209815)
  csayers@lathropgage.com
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Facsimile: (310) 789-4601

Attorneys for Defendant OPSkins Group, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYPTO ASSET FUND, LLC, a Delaware limited liability company, and DIGITAL CAPITAL MANAGEMENT, LLC, a Delaware limited liability company,<br><br>             Plaintiffs,<br>vs.<br><br>OPSKINS GROUP INC., a Canadian company dba WORLDWIDE ASSET EXCHANGE; EXPOSITION PARK HOLDINGS SEZC, a Cayman Islands corporation; WILLIAM QUIGLEY, an individual; JONATHAN YANTIS, an individual; JOHN BRECHISCI, JR., an individual; MALCOLM CASSELLE, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.  2:19-cv-06983-CJC-JCx<br><br>[Hon. Cormac J. Carney]<br><br>**REPLY IN SUPPORT OF MOTION OF DEFENDANT OPSKINS GROUP, INC., TO DISMISS CLAIMS OR TO STAY ACTION**<br><br>Hearing Date:  November 18, 2019<br>Hearing Time:  1:30 p.m.<br>Hearing Place:  Courtroom 7C |

The Motion to Dismiss Claims or Stay the Action [Dkt. No. 26 ("Motion")] by Defendant OPSkins Group, Inc. ("OPSkins Group"), should be granted. The Opposition [Dkt. No. 32] filed by Plaintiffs Crypto Asset Fund, LLC, and Digital Capital Management, LLC (collectively, "Plaintiffs"), does not make any new arguments or allege any new facts. Specifically, the Opposition does not counter that OPSkins Group is a Canadian entity with operations solely in Canada, thereby providing a basis for application of the International Convention on the Recognition and Enforcement of Arbitral Awards (21 U.S.T. 2517 (U.S. Treaty) ("Convention")), in addition to the bases set forth in the Motion of Defendant Exposition Park Holdings SEZC ("EPH") [Dkt. Nos. 24, 24-1 through 24-3 ("EPH Motion")] and EPH's Reply in support thereof [Dkt. No. 33 ("EPH Reply")].

As set forth in EPH's Motion to Dismiss (Sec. IV.A) and of its Reply (Section V) (which is incorporated herein by this reference), Plaintiffs have waived their right to a jury trial and cannot reasonably demand one in their Opposition. The EPH Motion and EPH Reply also make clear that all claims Plaintiffs assert in this action are referable to arbitration, and EPH can enforce the arbitration agreement to which Plaintiffs are subject. This action also should be dismissed or stayed as to all other Defendants. The Federal Arbitration Act, section 3 (9 U.S.C. § 3) mandates a stay where claims are referable to arbitration. In addition, this Court has the inherent authority to manage its docket and avoid unnecessary, duplicative, and inefficient proceedings and inconsistent results.

The Opposition incorporates Plaintiffs' Evidentiary Objections to the Declaration of Malcom CasSelle [Dkt. No. 20-8] ("Objections"). OPSkins Group hereby incorporates by reference the Responses to those Objections filed by Defendants Jonathan Yantis and Malcom CasSelle [Dkt. No. 21-3].

For the reasons set forth herein and in the Motion (including without limitation all documents incorporated herein and in the Motion), OPSkins Group respectfully requests that this Court issue an order dismissing Plaintiffs' claims against it because

all such claims are subject and referable to arbitration under the Convention, or, alternatively, stay these proceedings based on (i) the Federal Arbitration Act, section 3 (9 U.S.C. § 3), which mandates a stay where claims are referable to arbitration, or (ii) the Court's inherent authority to manage its docket and avoid unnecessary, duplicative, and inefficient proceedings and inconsistent results.

Dated:  November 4, 2019

LATHROP GAGE LLP

By: /s/ *Caroline A. H. Sayers*
Caroline A. H. Sayers
Attorneys for Defendant
OPSkins Group, Inc.

31897765