UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 19-06983-CJC(JCx)                                      Date:  November 13, 2019

Title: CRYTPO ASSET FUND, LLC V. OPSKINS GROUP INC., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia                                           N/A
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS (Dkts. 14, 24, 26)**

Before the Court are three separate motions brought by different groups of Defendants asking the Court to dismiss Plaintiffs' claims because they are subject to arbitration, or in the alternative, to stay the case pending arbitration.  (Dkt. 14, 24, 26.)  One of the key issues presented in these motions is whether Thomas Graham, who Defendants say signed the arbitration agreement, was Plaintiffs' agent.  No party submitted a declaration or deposition testimony from Mr. Graham.  The Court believes that deposition testimony from Mr. Graham will help the Court decide whether the parties had a valid arbitration agreement, and that the interests of justice require Mr. Graham be deposed.  The Court **ORDERS** that the deposition take place on or before December 6, 2019.

Another key issue presented in the motions is whether Plaintiffs are estopped from denying the agreement containing the arbitration provision.  The Complaint does not identify the precise agreement Plaintiffs allege was breached.  Defendants argue that the agreement to purchase WAX tokens and the agreement to arbitrate are in the same one agreement.  Plaintiffs suggest that their claims for breach of contract are based on a different agreement than the agreement containing the arbitration provision.  Plaintiffs need to submit to the Court the contract they allege was breached so the Court can determine whether Plaintiffs are relying on an agreement for the breach of contract claim that they contend contains no arbitration provision.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 19-06983-CJC(JCx)            Date: November 13, 2019
                                                                                            Page 2

---

       By December 13, 2019 the parties shall submit simultaneous additional briefs not to exceed 10 pages, with one additional brief for all Defendants and one additional brief for all Plaintiffs, regarding the import of Mr. Graham's testimony on the agency issues presented in these motions. Plaintiffs shall also submit the contract they allege was breached. The hearing set for November 18, 2019 at 1:30 p.m. is **CONTINUED** to January 6, 2020.

cb

MINUTES FORM 11
CIVIL-GEN                                                                                                 Initials of Deputy Clerk GGA