JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 19-06983-CJC(JCx)                                      Date:  November 25, 2019

Title: <u>CRYPTO ASSET FUND, LLC V. OPSKINS GROUP INC., ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Gabriela Garcia</u>                                             <u>    N/A    </u>
Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER EXTENDING DEADLINE FOR DEPOSITION OF THOMAS GRAHAM AND STAYING CASE FOR 60 DAYS**

On November 13, 2019, in connection with Defendants' motions to dismiss based on an arbitration agreement (Dkts. 14, 24, 26), the Court ordered that Thomas Graham be deposed by December 6, 2019.  (Dkt. 39.)  Before the Court are *ex parte* applications from both sides seeking relief because Mr. Graham is apparently an Australian national residing in the United Kingdom, and additional steps to depose him required under the Hague Convention preclude compliance with the Court's deadline.  (Dkts. 41, 42.)  Plaintiffs ask the Court to vacate its order requiring Mr. Graham's deposition and accept further briefing on the agency issue.  (Dkt. 42.)  Defendants ask the Court to vacate the December 6, 2019 deadline so that they can go through Hague Convention processes, and suggest that the parties inform the Court when the deposition has been completed, or submit a status report if the deposition has not been completed within 60 days.  (Dkt. 41 at 5.)

The Court's view that "deposition testimony from Mr. Graham will help the Court decide whether the parties had a valid arbitration agreement, and that the interests of justice require Mr. Graham be deposed" has not changed.  (Dkt. 39.)  The Court **ORDERS** the parties to inform the court when Mr. Graham's deposition has been

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 19-06983-CJC(JCx)            Date: November 25, 2019
           Page 2

completed, or, if the deposition has not been completed within 60 days of this Order, to submit a status report regarding the deposition. If the deposition has not been taken within 60 days, the Court will reassess whether to resolve the motion without Mr. Graham's testimony. The December 13, 2019 briefing deadline is hereby vacated, and the hearing set for January 6, 2020 is hereby vacated and taken off calendar.

     The Court notes that an additional motion to dismiss on the same grounds has been filed by Defendant William Quigley. (Dkt. 40.) That motion will be heard on the same schedule as the other motions to dismiss, and therefore the hearing on that motion, also set for January 6, 2020, is hereby vacated and taken off calendar.

     This case is **STAYED** for 60 days pending completion of the deposition or rescheduling of the briefing and hearing on these motions. Nothing in this order shall change Plaintiffs' obligation to submit to the Court by December 13, 2019 the contract they allege was breached. (*See* Dkt. 39.)

cb

MINUTES FORM 11
CIVIL-GEN            Initials of Deputy Clerk GGA